AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHAYANNE NIEVES | ) | Case No. |
| | ) | 21-mj-4259-DHH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Nov. 30, 2020 to Dec. 3, 2020  in the county of  Middlesex  in the
_____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| § 2252A(a)(2)(A) and (b)(1) | Defendant knowingly received any child pornography that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer |

This criminal complaint is based on these facts:
See attached affidavit of Meghan Ronayne

☑ Continued on the attached sheet.

*Complainant's signature*

SA Meghan Ronayne, HSI
*Printed name and title*

Sworn to before me by telephone pursuant to Fed. R. Crim. P. 4.1

Date: **Aug 19, 2021**

*Judge's signature*

City and state:   Worcester, MA    Hon, David H. Hennessy
*Printed name and title*