# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Lowell
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 21-4259-DHH
Search Warrant Case Number: 21-4253-DHH
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Chayanne Nieves    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** (City & State) Lowell, MA
**Birth date (Yr only):** 1998   **SSN (last4#):** 5710   **Sex:** M   **Race:** _____   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** Charles Dell'Anno    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 08/19/2021    **Signature of AUSA:** *Charles Dell'Anno*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Chayanne Nieves

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | § 2252A(a)(2)(A) and (b)(1) | Receipt of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____